05-52903

## FORM B1

### United States Bankruptcy Court
### Western District of Washington

### Voluntary Petition

| Name of Debtor ( if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| Maultsby, James A | Maultsby, Bethany Leigh |

| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
|---|---|
| | |

| Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. ( if more than one, state all): 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 | Last four digits of Soc. Sec./Complete EIN or Tax I.D. No. ( if more than one, state all): 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 |
|---|---|

| Street Address of Debtor (No. & Street, City, State & Zip Code): 1200 East Warm Springs Avenue Post Falls, Idaho 83854 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): Kirkland, WA |
|---|---|

| County of Residence or of the Principal Place of Business: Thurston | County of Residence or of the Principal Place of Business: King |
|---|---|

| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): P.O. Box 6920 Rosevelt Way NE M190 Seattle, WA 98115 |
|---|---|

Location of Principal Assets of Business Debtor (if different from street address above):

### Information Regarding the Debtor ( Check the Applicable Boxes)

**Venue** (Check any applicable box)

[X] Debtor has been domiciled or has had a residence, principal pace of business, or principal assets in this District for 180 days immediately Preceding the date of this petition or for a longer part of such 180 days than in any other District.

[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section or Bankruptcy Code Under Which the Petition is Filed (check one box) | | |
|---|---|---|---|---|
| [✓] Individual | [ ] Railroad | | | |
| [✓] Corporation | [ ] Stockbroker | [✓] Chapter 7 | [ ] Chapter 11 | [ ] Chapter 13 |
| [ ] Partnership | [ ] Commodity Broker | [ ] Chapter 9 | [ ] Chapter 12 | |
| [ ] Other | [ ] Clearing Bank | [ ] Sec. 304 – Case ancillary to foreign proceeding | | |

**Nature of Debts** ( Check one box)

[ ] Consumer/Non-Business  [✓] Business

**Filing Fee** (Check one Box)

[✓] Full Filing Fee attached

[ ] Filing Fee to be paid in installments(Applicable to individuals only) Must attach signed application for the court's consideration Certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)

[ ] Debtor is a small business as defined in 11 U.S.C. § 101

[ ] Debtor is and elects to be considered a small business Under 11 U.S.C. § 1121(E) (optional)

| Statistical/Administrative Information (Estimates only) | THIS SPACE FOR COURT USE ONLY |
|---|---|
| [ ] Debtor estimates that funds will be available for distribution to unsecured creditors. [✓] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

| Estimated number of creditors | 1-15 [ ] | 16-49 [ ] | 50-99 [ ] | 100-199 [ ] | 200-999 [ ] | 1000-over [ ] |
|---|---|---|---|---|---|---|

**Estimated Assets**

| $0 to $50,000 [✓] | $50,000 to $100,000 [ ] | $100,001 to $500,000 [ ] | $500,001 to $1 million [ ] |
|---|---|---|---|

**Estimated Debts**

| $0 to $50,000 [ ] | $50,000 to $100,000 [ ] | $100,001 to $500,000 [✓] | $500,001 to $1 million [ ] |
|---|---|---|---|

2005 OCT 14 PM 3:02

Case # : 05-52903-PHB7
Name  : JAMES A MAULTSBY
Judge : PHILIP BRANDT
Trustee: BRIAN BUDSBERG
    341: 12/16/05   @ 10:30am
Chapter: 7
----------------------------------
Filed : October 14, 2005  15:21:17
Deputy : T HARRINGTON
Receipt: 398217
----------------------------------
RELIEF ORDERED
Clerk, U.S. Bankruptcy Court
Western District of Washington

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtors(s): | FORM B1, Page 2 |
|---|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location <br> Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7]I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition

X _____
Signature of Debtor

X fff _____
Signature of Joint Debtor

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)    Bar ID Number

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

James A Maultsby IV   Bethany Moultsby
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To Be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15 (d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)    Date

### Exhibit C

Does the Debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition
☐ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who Prepared or assisted in preparing this document.

If more that one person prepared this document, attach additional Sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156

# UNITED STATES BANKRUPTCY COURT

### _____ District of _____

In re   James Maultsby,  Bethany Maultsby            ,          Case No. _____

*Debtor*                                                          *(If known)*

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | ✓ | 1 | $ 0 | | |
| B - Personal Property | ✓ | 3 | $ 14525.00 | | |
| C - Property Claimed as Exempt | ✓ | 1 | | | |
| D - Creditors Holding Secured Claims | ✓ | 3 | | $ 369626.17 | |
| E - Creditors Holding Unsecured Priority Claims | ✓ | 1 | | $ 0 | |
| F - Creditors Holding Unsecured Nonpriority Claims | ✓ | 16 | | $ 138038.89 | |
| G - Executory Contracts and Unexpired Leases | ✓ | 1 | | | |
| H - Codebtors | ✓ | 1 | | | |
| I - Current Income of Individual Debtor(s) | ✓ | 1 | | | $ 3308.00 |
| J - Current Expenditures of Individual Debtor(s) | ✓ | 2 | | | $ 3526.00 |
| Total Number of Sheets of ALL Schedules ➤ | | 30 | | | |
| Total Assets ➤ | | | $ 14525.00 | | |
| Total Liabilities ➤ | | | | $ 507665.06 | |

In re  James Maultsby,  Bethany Maultsby                    ,          Case No. _____
　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant , community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | Total➤ | 0.00 | |

(Report also on Summary of Schedules.)

In re  James Maultsby,  Bethany Maultsby _____ ,          Case No. _____
        **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | ✓ | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | ✓ | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | ✓ | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | ✓ | | | |
| 6. Wearing apparel. | ✓ | | | |
| 7. Furs and jewelry. | | Wife's wedding ring | W | 3000.00 |
| | | Husbands Wedding Ring | H | 250.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | 2 Rifles | H | 275.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | ✓ | | | |
| 10. Annuities. Itemize and name each issuer. | ✓ | | | |

**In re** James Maultsby, Bethany Maultsby                    ,          Case No. _____

              Debtor                                                  **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | ✓ | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | ✓ | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | ✓ | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | ✓ | | | |
| 15. Accounts receivable. | ✓ | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | Wife receives $500.00/month in child support | W | 500.00 |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | ✓ | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule of Real Property. | ✓ | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | ✓ | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | ✓ | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | ✓ | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | ✓ | | | |

In re <u>James Maultsby,  Bethany Maultsby</u>,      Case No. _____
     **Debtor**                                              **(If known)**

# SCHEDULE B -PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | Wife has 1994 Ford Explorer<br>Husband has 1998 Dodge Truck | W<br>H | 2500.00<br>8000.00 |
| 24. Boats, motors, and accessories. | ✓ | | | |
| 25. Aircraft and accessories. | ✓ | | | |
| 26. Office equipment, furnishings, and supplies. | ✓ | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | ✓ | | | |
| 28. Inventory. | ✓ | | | |
| 29. Animals. | ✓ | | | |
| 30. Crops - growing or harvested. Give particulars. | ✓ | | | |
| 31. Farming equipment and implements. | ✓ | | | |
| 32. Farm supplies, chemicals, and feed. | ✓ | | | |
| 33. Other personal property of any kind not already listed. Itemize. | ✓ | | | |

_____ continuation sheets attached     Total▶      $ 14,525.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

**In re** James Maultsby, Bethany Maultsby _____ ,      **Case No.** _____
         **Debtor**                                             **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
(Check one box)

☑      11 U.S.C. § 522(b)(1):      Exemptions provided in 11 U.S.C. § 522(d). **Note: These exemptions are available only in certain states.**

☐      11 U.S.C. § 522(b)(2):      Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 1994 Ford Explorer | 11 U.S.C. 522 (d) (2) | 2400.00 | 8000.00 |
| 1998 Dodge Truck | 11 U.S.C. 522 (d) (2) | 2400.00 | 2500.00 |

In re  James Maultsby, Bethany Maultsby                    ,        Case No. _____
                          **Debtor**                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 04-9-01072-4  Holroyd Company P.O. Box 39009 Tacoma, WA 98439 | | J | 10-29-2004 Judgment Lien  VALUE $ | | | | 43,356.60 | |
| ACCOUNT NO. 02-9-00879-  Lease and Industrial Collectors 2517 Eastlake Ave E Suite 102 Seattle, WA 98102-3212 | | J | 10-25-2002 Judgment Lien  VALUE $ | | | | 4017.28 | |
| ACCOUNT NO. 3771347  Thurston County Noxious Weed Control Board 9605 Tilley Rd Olympia, WA 98512 | | j | 09-27-05 Statutory Lien  VALUE $ | | | | 402.72 | |
| ACCOUNT NO. 3771348  Thurston County Noxious Weed Control Board 9605 Tilley Rd Olympia, WA 98512 | | j | 09-27-05 Statutory Lien  VALUE $ | | | | 1541.30 | |

_____ continuation sheets attached

Subtotal ▶  $ 49,317.90
(Total of this page)

Total ▶  $
(Use only on last page)

(Report total also on Summary of Schedules)

Form B6D - Cont.
(12/03)

In re  James Maultsby, Bethany Maultsby                        ,        Case No. _____
              **Debtor**                                                              **(If known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 03-9-20218-8  WA dpt. of Revenue | | J | 02-14-2003 Judgment Lien Unpaid Taxes   VALUE $ | | | | 21,684.72 | |
| ACCOUNT NO. 03-9-20429-6  WA dpt. of Revenue | | J | 03-19-2003 Judgment lien Tax warrant   VALUE $ | | | | 44,019.70 | |
| ACCOUNT NO. 05-9-00938-4  Thurston County | | J | 09-23-05 Judicial Lien    VALUE $ | | | | 684.80 | |
| ACCOUNT NO.  Department of Treasury Internal Revenue Service P.O. Box 9941, STOP5300 Odgen, UT 84409 | | J | Past due IRS taxes    VALUE $ | | | | 165,318.11 | |
| ACCOUNT NO.  | | | VALUE $ | | | | | |

Sheet no. 2 of ___ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal▶
(Total of this page)     $ 231,712.33
Total▶ $
(Use only on last page)

(Report total also on Summary of Schedules)

Form B6D - Cont.
(12/03)

In re  James Maultsby,  Bethany Maultsby                    ,     Case No. _____
_____Debtor_____                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ~~052-001043~~  Bethany Maultsby P.O. Box 6920 Rosevelt Way NE M190 Seattle WA 98115 | | H | Child support  VALUE $ | | | | $250.00/ month | |
| ACCOUNT NO. N37131  State of WA Labor and Industries P.O. Box 44400 Olympia, WA 98504 | | J | 3-18-2005 L&I fine  VALUE $ | | | | 1,040.00 | |
| ACCOUNT NO. 198199000  State of WA Employment Sec. Dept P.O. Box 34949 Seattle, WA 98124 | | J | VALUE $ | | | | 16,345.62 | |
| ACCOUNT NO. 04-9-20014-7  WA Dept. of Revenue | | J | 01-17-2004 Judgment Lien unpaid taxes  VALUE $ | | | | 30,765.17 | |
| ACCOUNT NO. 04-9-20194-5  WA Dept. of Revenue | | J | 02-04-2004 Judgment Lien unpaid taxes  VALUE $ | | | | 40,082.15 | |

Sheet no. _1_ of ___ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ▶ $ 88,595.94
(Total of this page)

Total ▶ $ 369,626.17
(Use only on last page)

(Report total also on Summary of Schedules)

In re <u>James Maultsby, Bethany Maultsby</u>,          Case No._____
                    Debtor                                              (if known)


# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS


A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.


**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

Form B6F (12/03)

In re  James Maultsby, Bethany Maultsby          ,          Case No. _____

             **Debtor**                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 13773<br><br>A+ Services<br>7225 Pacific Avenue SE<br>Olympia, WA 98503 | | j | 04/06/04 | | | | 455.53 |
| ACCOUNT NO. 924309153<br><br>America Online, Inc<br>P.O. Box 414417<br>Dept. 99<br>Philadelphia, PA 19101 | | j | | | | | 115.60 |
| ACCOUNT NO. 2576785<br><br>Corporate Receivables, INC<br>P.O. Box 32995<br>Phoenix, AZ 85064-2995 | | | | | | | 3477.97 |
| ACCOUNT NO. 48-620-934-863-2<br><br>Bon Macys<br>Collection Department<br>1345 South 52nd. Street<br>Tempe, Arizona 85281 | | j | | | | | 522.63 |

_____continuation sheets attached      Subtotal ▶  $ | 4571.73
                                     Total ▶  $
(Report also on Summary of Schedules)

In re James Maultsby,  Bethany Maultsby          ,          Case No. _____
_____Debtor_____                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. COU506  Brundage-Bone Concrete Pumping 1055 4th. Avenue North Kent, WA 98032 | | j | | | | ✓ | 1526.22 |
| ACCOUNT NO. 300298890  Calvary Portfolio Services, LLC Surpas Resource Corporation '3120 Hayes Road, Suite 200 Houston, Texas 77082 | | j | | | | | 2536.02 |
| ACCOUNT NO.  CitiBank USA Allied Interstate 3000 Corporate Exchange Dr Columbu, OH 43231 | | j | | | | | 748.86 |
| ACCOUNT NO. 1150133285967  Citi Cards P.O. Box 182532 Columbus, OH 43218-2532 | | j | | | | | 415.68 |
| ACCOUNT NO. Cougar Mountain  Crest Builders 5516 75th. Street W Tacoma, WA 98467 | | j | | | | | 9688.86 |

Sheet no. 1  of ___sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $ 14915.64

Total ➤  $ _____

(Total of this page)

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules)

In re _____,     Case No. _____
                    **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. MB90430186<br><br>Cumberland Casualty & Surety Company<br>4311 West Waters Avenue, Ste 401<br>Tampa, FL 33614 | | j | | | | | 5000.00 |
| ACCOUNT NO.<br><br>Cumberland Technologies, Inc.<br>Newton & Associates<br>P.O. Box 8510<br>Metairie, LA 70011-8510 | | j | | | | | 12000.00 |
| ACCOUNT NO. 002-55189<br><br>Cummins Northwest, Inc.<br>P.O. Box 2746<br>Spokane, WA 99220 | | j | | | | | 372.88 |
| ACCOUNT NO 309024-33<br><br>Diagnostic Imaging Northwest<br>Bridgeport Professional Bldg<br>7424 Bridgeport Way W Ste 103<br>Lakewood, WA 98499 | | j | | | | | 100.00 |
| ACCOUNT NO. 19078907<br><br>Direct TV<br>Riddle & Associates, P.C.<br>P.O. Box 1187<br>Sandy, UT 84091-1187 | | j | | | | | 321.03 |

Sheet no. __2__ of ___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤    $ 17793.91
(Total of this page)
Total ➤    $ _____
(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules)

In re _____ ,       Case No. _____
　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Discount Page<br>P.O. Box 2335<br>Shelton, WA 98584 | | j | | | | | 21.66 |
| ACCOUNT NO. 666820<br>ENT Associates  Southwest<br>404 Yauger Way SW Ste 150<br>Olympia, WA 98502-8176 | | j | | | | | 67.00 |
| ACCOUNT NO. 4806303514127<br>Ford Motor Credit Company<br>Dept. 194101<br>P.O. Box 55000<br>Detroit, MI 48255-1941 | | j | | | | | 3617.38 |
| ACCOUNT NO 4806302833109<br>Ford Motor Credit<br>Bishop, White, Miersma & Marshall<br>P.O. Box 2186<br>Seattle, WA 98111-2186 | | j | | | | | 9398.53 |
| ACCOUNT NO. 9942187<br>Fredrick Campos, MD<br>P.O. Box 97115<br>Tacoma, Wa 98497 | | j | | | | | 710.00 |

Sheet no. 3 of ___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $ 13814.57
(Total of this page)

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules)

In re _____ ,   Case No. _____

         **Debtor**                                                     **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. COUMOU<br><br>Geoline Positioning Systems<br>1331 118th. Avenue SE, Ste 400<br>Bellevue, WA 98005 | | j | | | | | 327.40 |
| ACCOUNT NO. 5440450059147J02-c<br><br>Household Bank<br>Law Offices of Mitchell N. Kay<br>7 Penn Plaza<br>New York, New York 10001-3995 | | j | | | | | 2033.09 |
| ACCOUNT NO.<br><br>Illinois National Insurance<br>Credit Collection Services<br>P.O. Box 55126<br>Boston, MA 02205-5126 | | j | | | | | 34.50 |
| ACCOUNT NO. 130915033<br><br>J.C. Penny<br>Wolpoff & Abramnson, LLP<br>Two Irvington Centre<br>702 King Farm Blvd. | | j | | | | | 1270.90 |
| ACCOUNT NO. 5402C1846BR01<br><br>King County Financial Management<br>Accounts Receivable Unit<br>600 King County Admin Bldg<br>500 Fourth Avenue<br>Seattle, WA 98104 | | j | | | | | 30.00 |

Sheet no. 4 of ___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                    Subtotal ➤   $ 3695.89
(Total of this page)

                                        Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules)

In re _____,                    Case No. _____
                    **Debtor**                                                        **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0233521441<br><br>KPS Health Plans<br>P.O. Box 339<br>Bremerton, WA 98337 | | j | | | | | 1015.59 |
| ACCOUNT NO.  720-6241-0128-1216<br><br>Levitz Furniture<br>Retail Services<br>PO Box 60107<br>City of Industry, CA 91716-0107 | | j | | | | | 3440.64 |
| ACCOUNT NO.  0720624101281216<br><br>Household Retail Services<br>LDG Financial Services<br>4553 Winters Chapel Road<br>Atlanta, Georgia 30360 | | j | | | | | 3019.09 |
| ACCOUNT NO  ZM6588<br><br>LVNV Funding LLC<br>Alliance One<br>1160 Centre Pointe Drive STE 1<br>Mendota Heights, MN 55120 | | j | | | | | 451.11 |
| ACCOUNT NO.  453083883<br><br>Mary Bridge Childrens Hospital<br>Pacific Northwest Collections, Inc.<br>PO Box 1153<br>Tacoma, WA 98401-1153 | | j | | | | | 270.00 |

Sheet no. 5 of ___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $ 8196.43

(Total of this page)

Total ➤  $ ____

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules)

In re _____ ,     Case No. _____
                        Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 309024-33<br><br>Medical Imaging Northwest<br>Pacific Northwest Collections, Inc.<br>PO Box 1153<br>Tacoma, WA 98401-1153 | | j | | | | | 118.78 |
| ACCOUNT NO. 010859323-01<br><br>Nextel<br>AFNI, Inc.<br>P.O. Box 3517<br>Bloomington, IL 61702-3517 | | j | | | | | 4768.10 |
| ACCOUNT NO. 94214-000-0007408637<br><br>Northwest Electric & Service<br>Transworld Systems INC<br>6920 220th. Street SW #105<br>Mountlake Terrace, WA 98043 | | j | | | | | 395.52 |
| ACCOUNT NO. 5002242851001<br><br>North Carolina Natural Gas<br>P.O. Box 909<br>Fayetteville, NC 28302 | | j | | | | | 161.72 |
| ACCOUNT NO. 00005822<br><br>Ogden Enterprises, INC<br>DBA Abacus Accounting Services<br>400 Volesky Drive<br>Rainier, WA 98576 | | j | | | | | 1000.75 |

Sheet no. 6 of ___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤     $ 6444.87
(Total of this page)
Total ➤     $
(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules)

In re _____ ,          Case No. _____
                        Debtor                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 00373071 <br><br> AETNA Adjustment Company <br> P.O. Box 14693 <br> Spokane, WA 99214-0693 | | j | | | | | 187.97 |
| ACCOUNT NO. 16509982 <br><br> Pacific Sunwear 75 <br> Claims Accounting <br> PO Box 30272 <br> Tampa, FL 33630-3272 | | j | | | | | 44.04 |
| ACCOUNT NO. <br><br> Pinnacle Lumber & Plywood <br> P.O. Box 1703 <br> Tacoma, WA 98401 | | j | | | | | 4578.3 |
| ACCOUNT NO 511211 <br><br> Pierce County Refuse <br> P.O. Box 44459 <br> Tacoma, WA 98444-0459 | | j | | | | | 96.55 |
| ACCOUNT NO. 807-110-200-1 <br><br> Puget Sound Energy <br> ER Solutions, Inc. <br> PO Box 9004 <br> Renton, WA 98057 | | | | | | | 792.64 |

Sheet no. 7 of ___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤   $ 5708.5
(Total of this page)

Total  ➤   $
(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules)

In re _____,     Case No. _____
                  **Debtor**                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 395517*020044431 <br><br> Progressive-COMM Vehicle <br> 6300 Wilson Mills RD <br> Mayfield Village, OH 44143-2182 | | j | | | | | 167.00 |
| ACCOUNT NO. 959235 <br><br> Providence St Peter Hospital <br> United Collection Service <br> PO Box 3309 <br> Seattle, WA 98114-3309 | | j | | | | | 10091.68 |
| ACCOUNT NO. 958964 <br><br> Providence St Peter Hospital <br> United Collection Service <br> PO Box 3309 <br> Seattle, WA 98114-3309 | | j | | | | | 1738.07 |
| ACCOUNT NO 948665 <br><br> Providence St Peter Hospital <br> United Collection Service <br> PO Box 3309 <br> Seattle, WA 98114-3309 | | j | | | | | 114.59 |
| ACCOUNT NO. 156646 <br><br> Providence St Peter Hospital <br> GRIMM Collections <br> 1677 S. 2nd. Avenue SW <br> Tumwater, WA 98512 | | j | | | | | 4016.31 |

Sheet no. 8 of ___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 16127.65
(Total of this page)

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules)

In re _____,                    Case No. _____
                    **Debtor**                                                      **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 807-110-200-1 <br><br> Puget Sound Energy <br> BOT-01H <br> P.O. Box 91269 <br> Bellevue, WA 98008-9269 | | j | | | | | 1349.54 |
| ACCOUNT NO. 08-006598897 <br><br> Quest Diagnostics <br> PO Box 81 <br> Rainier, WA 98576-0081 | | j | | | | | 275.62 |
| ACCOUNT NO. <br><br> Ralphs Concrete Pumping/ <br> Northwest Concrete Pumping <br> Newton & Associates <br> P.O. Box 8510 <br> Metairie, LA 70011-8510 | | j | | | | | 11190.51 |
| ACCOUNT NO. 511211 <br><br> Rural Garbage Services/Lemay <br> Puget Sound Collections <br> P.O. Box 66995 <br> Tacoma, WA 98464-6995 | | j | | | | | 113.09 |
| ACCOUNT NO. 33G8 <br><br> Scott Wampole, DDS <br> Puget Sound Collections <br> P.O. Box 66995 <br> Tacoma, WA 98464-6995 | | j | | | | | 1270.45 |

Sheet no. 9 of ___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal ➤ | $ | 14199.21 |
| (Total of this page) | | |
| Total ➤ | $ | |

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules)

In re _____,          Case No. _____
                    **Debtor**                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 16*SAF700*147960* <br><br> Safeway <br> Check Recovery Systems <br> PO Box 45405 <br> Los Angeles, CA 90045-0274 | | j | | | | | 94.26 |
| ACCOUNT NO. 16*SAF700*122895* <br><br> Safeway <br> Check Recovery Systems <br> PO Box 45405 <br> Los Angeles, CA 90045-0274 | | j | | | | | 121.82 |
| ACCOUNT NO. 1150133285967 <br><br> Sears--Citi-Sears <br> Allied Interstate , Inc. <br> P.O. Box 361774 <br> Columbus, OH 43236 | | j | | | | | 424.69 |
| ACCOUNT NO 20460-80141806-01 <br><br> Seattle University <br> Campus Partners <br> P.O. Box 970004 <br> Boston, MA 02297-0004 | | j | | | | | 314.38 |
| ACCOUNT NO. ZM6588 <br><br> Sherman Acquisitions II LTD <br> Alliance One Receivables <br> 1160 Centre Pointe Drive STE 1 <br> Mendota Heights, MN 55120 | | j | | | | | 450.96 |

Sheet no. 10 of ___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 1406.11
(Total of this page)
Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules)

In re _____ ,      Case No. _____
         Debtor                                           (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8691194792 <br><br> Sound and Spirit <br> GC Services Limited Partnership <br> 6330 Gulton <br> Houston, TX 77081 | | j | | | | | 2806 |
| ACCOUNT NO. 8376518 <br><br> Sprint PCS <br> Allied Interstate <br> P.O. Box 361475 <br> Columbus, OH 43236-1475 | | j | | | | | 337.53 |
| ACCOUNT NO. 001801423 <br><br> ST Peter Family Practice <br> 525 Lilly RD NE <br> Olympia, WA 98506 | | j | | | | | 2352.17 |
| ACCOUNT NO 001806177 <br><br> ST Peter Family Practice <br> 525 Lilly RD NE <br> Olympia, WA 98506 | | | | | | | 380.79 |
| ACCOUNT NO. 313334 <br><br> Sunbelt Rentals <br> Accounts Receivable Management & Recovery <br> P.O. Box 1164 <br> Metairie, LA 7004 | | j | | | | | 1068.71 |

Sheet no. 11 of ___ sheets attached to Schedule of          Subtotal ➤    $ 6945.2
Creditors Holding Unsecured Nonpriority Claims        (Total of this page)
                                             Total ➤    $
(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules)

In re _____ ,     Case No. _____
           **Debtor**                                                  **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 04033300408773<br><br>Bounce U-rent<br>Telecheck Services, Inc.<br>PO Box 17120<br>Denver, CO 80217-0120 | | j | | | | | 51.76 |
| ACCOUNT NO. 22385564804<br><br>Thurston County Sheriff-Booking<br>Risk Management Alternatives<br>PO Box 105312<br>Atlanta, GA 30348 | | j | | | | | 140.00 |
| ACCOUNT NO. 300298890<br><br>Union 76 NP<br>Malcom S. Gerald & Associates<br>332 South Michigan Ave, STE 600<br>Chicago, IL 60604 | | j | | | | | 2914.73 |
| ACCOUNT NO. 47129<br><br>Union County<br>PO Box 580365<br>Charlotte, NC 28258-03656 | | j | | | | | 148.23 |
| ACCOUNT NO. 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<br><br>US Department of Education<br>National Payment Center<br>P.O. Box 4169<br>Greenville, TX 75403-4169 | | j | | | | | 6663.21 |

Sheet no. 12 of ___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                     Subtotal ➤   $ 9917.93
                                   (Total of this page)
                                        Total ➤   $
(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules)

Form B6F - Cont.
(12/03)

In re _____ ,     Case No. _____
                    **Debtor**                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1251281ZIP <br><br> Valley Empire Collection <br> 11707 E Mongtomery <br> Spokane, WA 99206 | | j | | | | | 99.16 |
| ACCOUNT NO. COU050 <br><br> Valley Construction Supply <br> Henry L. Skidmore P.S. <br> 1611 116th. NE <br> Bellevue, WA 98004 | | j | | | | | 8517.79 |
| ACCOUNT NO. 00008912745067 <br><br> Wells Fargo Bank <br> P.O. Box 5058 <br> MAC: P6053-021 <br> Portland, OR 97208-5058 | | j | | | | | 201.64 |
| ACCOUNT NO. 0539034 <br><br> Yelm Family Medicine <br> Fairway Collections <br> 1126 S. Gold Street, STE 101 <br> Centralia, WA 98531 | | j | | | | | 274.73 |
| ACCOUNT NO. 490544 <br><br> Uhlmann Motors Inc <br> Fairway Collections <br> 1126 S. Gold Street, STE 101 <br> Centralia, WA 98531 | | j | | | | | 1710.34 |

Sheet no. 15 of ___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤   $ 10803.66
(Total of this page)
Total ➤   $ _____

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules)

In re _____ ,     Case No. _____
          **Debtor**                                             **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Yelm Hardware Inc <br> Armada <br> 6101 Capital BLVD SE STE C <br> Olympia, WA 98507-1397 | | j | | | | | 384.09 |
| ACCOUNT NO. <br><br> Capital Industrial Supply <br> Armada <br> 6101 Capital BLVD SE STE C <br> Olympia, WA 98507-1397 | | j | | | | | 1691.98 |
| ACCOUNT NO. 025097 <br><br> Legal DC Thurston, WA <br> Fairway Collections <br> 1126 S. Gold Street, STE 101 <br> Centralia, WA 98531 | | j | | | | | 522.57 |
| ACCOUNT NO. C1656884039 <br><br> Ycom Networks <br> Ideal Credit Corporation <br> PO Box 3383 <br> Everett, WA 98213 | | j | | | | | 271.10 |
| ACCOUNT NO. C0656882039 <br><br> Ycom Networks <br> Ideal Credit Corporation <br> PO Box 3383 <br> Everett, WA 98213 | | j | | | | | 97.98 |

Sheet no. 4 of ___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                Subtotal ➤    $ 2967.72
          (Total of this page)
                  Total ➤    $
(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules)

**In re** _____, **Case No.** _____
                    Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1262<br><br>Yelm National Auto Parts<br>P.O. Box 600<br>Yelm, WA 98597 | | j | | | | | 529.87 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO | | | | | | | |
| ACCOUNT NO.<br>dd | | | | | | | |

Sheet no. ___ of ___sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal ➤ (Total of this page) | $ 529.87 |
| Total ➤ | $ 138038.89 |

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules)

Form B6G
(10/89)

In re James Maultsby, Bethany Maultsby ,
        **Debtor**

Case No._____
                    **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described.

**NOTE:** A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

Form B6H
(6/90)

In re <u>James Maultsby, Bethany Maultsby</u> ,
             **Debtor**

Case No. _____
          **(if known)**

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

In re James Maultsby, Bethany Maultsby _____ ,          Case No. _____
          **Debtor**                                                        **(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: seperated | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP    James Maultsby V | AGE   3 |

| Employment: | **DEBTOR** | **SPOUSE** |
|---|---|---|
| Occupation        Construction | Unemployed | |
| Name of Employer Dynamic Foundations | | |
| How long employed 8 months | | |
| Address of Employer 510 Mullan | | |
| Spokane, Washington | | |

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| **Income:** (Estimate of average monthly income) | | | |
| Current monthly gross wages, salary, and commissions | | | |
| (pro rate if not paid monthly.) | | $ _____ | $ _____ |
| Estimated monthly overtime | | $ _____ | $ _____ |
| SUBTOTAL | | $ _____ | $ _____ |
| LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | | $ _____ | $ _____ |
| b. Insurance | | $ _____ | $ _____ |
| c. Union dues | | $ _____ | $ _____ |
| d. Other (Specify: _____ ) | | $ _____ | $ _____ |
| SUBTOTAL OF PAYROLL DEDUCTIONS | | $ _____ | $ _____ |
| TOTAL NET MONTHLY TAKE HOME PAY | | $  1808.00 | $  1000.00 |
| Regular income from operation of business or profession or farm | | $ _____ | $ _____ |
| (attach detailed statement) | | | |
| Income from real property | | $ _____ | $ _____ |
| Interest and dividends | | $ _____ | $ _____ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | | $ _____ | $  500.00 |
| Social security or other government assistance | | | |
| (Specify) _____ | | $ _____ | $ _____ |
| Pension or retirement income | | $ _____ | $ _____ |
| Other monthly income | | $ _____ | $ _____ |
| (Specify) _____ | | $ _____ | $ _____ |
| _____ | | $ _____ | $ _____ |
| TOTAL MONTHLY INCOME | | $ 1808.00 | $  1500.00 |

TOTAL COMBINED MONTHLY INCOME        $ 3308.00 _____        (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

In re  James Maultsby,  Bethany Maultsby                    ,          Case No._____
_____                          _____
                    **Debtor**                                                     **(if known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

[✓]  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | | $  900.00 |
| Are real estate taxes included?          Yes _____  No _____ | | |
| Is property insurance included?          Yes _____  No _____ | | |
| Utilities       Electricity and heating fuel | | $  90.00 |
|                     Water and sewer | | $  75.00 |
|                     Telephone | | $  50.00 |
|                     Other _____ | | $ _____ |
| Home maintenance (repairs and upkeep) | | $ _____ |
| Food | | $  200.00 |
| Clothing | | $  50.00 |
| Laundry and dry cleaning | | $ _____ |
| Medical and dental expenses | | $ _____ |
| Transportation (not including car payments) | | $  400.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | | $  12.00 |
| Charitable contributions | | $ _____ |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|                     Homeowner's or renter's | | $ _____ |
|                     Life | | $ _____ |
|                     Health | | $ _____ |
|                     Auto | | $  109.00 |
|                     Other _____ | | $ _____ |
| Taxes (not deducted from wages or included in home mortgage payments) (Specify) _____ | | $ _____ |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
|                     Auto | | $ _____ |
|                     Other _____ | | $ _____ |
|                     Other _____ | | $ _____ |
| Alimony, maintenance, and support paid to others | | $  250.00 |
| Payments for support of additional dependents not living at your home | | $ _____ |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ _____ |
| Other _____ | | $ _____ |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | | $  2136.00 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---|
| A.  Total projected monthly income | | $ _____ |
| B.  Total projected monthly expenses | | $ _____ |
| C.  Excess income (A minus B) | | $ _____ |
| D.  Total amount to be paid into plan each _____ | | |
|                                                    **(interval)** | | |

In re ___Spouse_____,     Case No._____
               Debtor                                              (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

[✓] Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | | $ 800.00 |
| Are real estate taxes included?          Yes _____ No _____ | | |
| Is property insurance included?          Yes _____ No _____ | | |
| Utilities     Electricity and heating fuel | | $ 20.00 |
|              Water and sewer | | $ _____ |
|              Telephone | | $ 100.00 |
|              Other _____ | | $ _____ |
| Home maintenance (repairs and upkeep) | | $ _____ |
| Food | | $ 150.00 |
| Clothing | | $ _____ |
| Laundry and dry cleaning | | $ 20.00 |
| Medical and dental expenses | | $ _____ |
| Transportation (not including car payments) | | $ 200.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 50.00 |
| Charitable contributions | | $ _____ |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|              Homeowner's or renter's | | $ _____ |
|              Life | | $ _____ |
|              Health | | $ _____ |
|              Auto | | $ 50.00 |
|              Other _____ | | $ _____ |
| Taxes (not deducted from wages or included in home mortgage payments) (Specify) _____ | | $ _____ |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
|              Auto | | $ _____ |
|              Other _____ | | $ _____ |
|              Other _____ | | $ _____ |
| Alimony, maintenance, and support paid to others | | $ _____ |
| Payments for support of additional dependents not living at your home | | $ _____ |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ _____ |
| Other _____ | | $ _____ |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | | $ 1390 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---|
| A.  Total projected monthly income | $ _____ |
| B.  Total projected monthly expenses | $ _____ |
| C.  Excess income (A minus B) | $ _____ |
| D.  Total amount to be paid into plan each _____ |
|                              (interval) |

FORM 7. STATEMENT OF FINANCIAL AFFAIRS

# UNITED STATES BANKRUPTCY COURT

Western      **DISTRICT OF**   Washington

In re: James Maultsby, Bethany Maultsby    ,     Case No. _____
         (Name)                                      (if known)
              Debtor

## STATEMENT OF FINANCIAL AFFAIRS

       This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

       Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

       *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

       *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | | SOURCE (if more than one) |
|---|---|---|
| James Maultsby | 15000.00 | Employer |
| Bethany Maultsby | 4000.00 | Job as Nanny |

**2. Income other than from employment or operation of business**

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                                 SOURCE

---

**3. Payments to creditors**

None
☑

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

None
☑

b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Thurston County Superior Court No. 05-2-00734-3 | General Recovery | Thurston County Superior Court | Judgment entered on 09-23-05 |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

**8. Losses**

None
☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

**9. Payments related to debt counseling or bankruptcy**

None
☑

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**10. Other transfers**

None
☐

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Thomas S. Olmstead 20319 Bond Rd NE Poulsbo, WA 98370 | 10-14-05 | House and property in Yelm, Washington valued at approximately 160,000.00 total. |

**11. Closed financial accounts**

None


List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None


List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None


List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None


List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ☐    If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 17909 Lawrence Lake Road Southeast Yelm, Washington | James Maultsby | |

**16. Spouses and Former Spouses**

None ☑    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

Bethany L. Maultsby

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ☑    a.   List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑    b.   List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑   c.   List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS      DOCKET NUMBER      STATUS OR
OF GOVERNMENTAL UNIT                                   DISPOSITION

---

**18 . Nature, location and name of business**

None ☐   a.   If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

         If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

         If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| | TAXPAYER | | | BEGINNING AND ENDING |
| NAME | I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | DATES |

See Attached
Continuation
Sheet

---

None ☑   b.   Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

      NAME                                 ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

United States Bankruptcy Court
Western District of Washington
Continuation sheet

In re: <u>James Maultsby, Bethany Maultsby</u>, Debtor

Case No. _____

## **Continuation of FORM 7, Question 18 (a)**

| Name | taxpayer I.D. No. (EIN) | Address | Nature of Business | Beginning and Ending dates |
|------|------------------------|---------|--------------------|----------------------------|
| Maultsby, James A & Bethany L | 602260790 (UBI No.) | P.O. Box 518 Rainier, WA 98576 | Sole Proprietor | 04/01/2001 03/31/2002 |
| Yelm General Inc. | 602315210 (UBI No.) | 17909 Lawrence Lake Rd SE Yelm, WA 98597 | Corporation | 07/01/2003 07/01/2003 |
| Cougar Mountain Construction | 91-2097674 | P.O. Box 7 Rainier, WA 98576 | Corporation | 07/01/2002 01/31/2004 |

**19. Books, records and financial statements**

None ☑    a.   List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

       NAME AND ADDRESS                           DATES SERVICES RENDERED

None ☑    b.   List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

       NAME                      ADDRESS                DATES SERVICES RENDERED

None ☑    c.   List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

       NAME                                  ADDRESS

None ☑    d.   List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

       NAME AND ADDRESS                               DATE ISSUED

**20. Inventories**

None ☑    a.   List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

                                          DOLLAR AMOUNT OF INVENTORY
       DATE OF INVENTORY       INVENTORY SUPERVISOR      (Specify cost, market or other basis)

None ☑    b.   List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

                                     NAME AND ADDRESSES OF CUSTODIAN
       DATE OF INVENTORY                           OF INVENTORY RECORDS

**21. Current Partners, Officers, Directors and Shareholders**

None ☑  a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                    NATURE OF INTEREST        PERCENTAGE OF INTEREST

None ☑  b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

|                          |            | NATURE AND PERCENTAGE |
| NAME AND ADDRESS         | TITLE      | OF STOCK OWNERSHIP    |

**22. Former partners, officers, directors and shareholders**

None ☑  a.  If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                              ADDRESS                    DATE OF WITHDRAWAL

None ☑  b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                  TITLE                      DATE OF TERMINATION

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS          |                    | AMOUNT OF MONEY        |
| OF RECIPIENT,           | DATE AND PURPOSE   | OR DESCRIPTION         |
| RELATIONSHIP TO DEBTOR  | OF WITHDRAWAL      | AND VALUE OF PROPERTY  |

**24. Tax Consolidation Group.**

None  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION        TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PENSION FUND        TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date ___10-13-05___          Signature _____
                             of Debtor

Date ___10-13-05___          Signature _____
                             of Joint Debtor
                             (if any)

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date ___10-13-05___          Signature _____
                             _____
                             Jana A Mattly  Bethany Maultsby
                             Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

___ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571*

------------------------------------------------------------------------

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____          _____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.
                                           (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____          _____
Signature of Bankruptcy Petition Preparer          Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

In re _____ ,        Case No. _____
         Debtor                                               (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____
                                                              (Total shown on summary page plus 1.)
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date ___ *10-13-05* ___          Signature: _____
                                                           Debtor

Date ___ *10-13-05* ___          Signature: _____
                                                  (Joint Debtor, if any)

                                                     [If joint case, both spouses must sign.]

---

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____          Social Security No. _____
Printed or Typed Name of Bankruptcy Petition Preparer          (Required by 11 U.S.C. § 110(c).)

_____

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____          _____
   Signature of Bankruptcy Petition Preparer                                     Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.     (Total shown on summary page plus 1.)

Date _____ *10-13-05* _____          Signature: _____
                                               *James Alton Maultsby III*
                                               [Print or type name of individual signing on behalf of debtor.]

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

A+ Services
7225 Pacific Avenue SE
Olympia, WA 98503

America Online, Inc
P.O. Box 414417
Dept. 99
Philadelphia, PA 19101

Corporate Receivables, INC
P.O. Box 32995
Phoenix, AZ 85064-2995

Bon Macys
Collection Department
1345 South 52nd. Street
Tempe, Arizona 85281

Brundage-Bone Concrete Pumping
10556 4th. Avenue North
Kent, WA 98032

Calvary Portfolio Services, LLC
Surpas Resource Corporation
'3120 Hayes Road, Suite 200
Houston, Texas 77082

CitiBank USA
Allied Interstate

3000 Corporate Exchange Dr
Columbu, OH 43231

Citi Cards
P.O. Box 182532
Columbus, OH 43218-2532

Crest Builders
5516 75th. Street W
Tacoma, WA 98467

Cumberland Casualty & Surety
Company
4311 West Waters Avenue, Ste 401
Tampa, FL 33614

Cumberland Technologies, Inc.
Newton & Associates
P.O. Box 8510
Metairie, LA 70011-8510

Cummins Northwest, Inc.
P.O. Box 2746
Spokane, WA 99220

Department of the Treasury
Internal Revenue Service
Odgen, UT 84409

Diagnostic Imaging Northwest
Bridgeport Professional Bldg
7424 Bridgeport Way W Ste 103
Lakewood, WA 98499

Direct TV
Riddle & Associates, P.C.
P.O. Box 1187
Sandy, UT 84091-1187

Discount Page
P.O. Box 2335

Shelton, WA 98584


ENT Associates  Southwest
404 Yauger Way SW Ste 150
Olympia, WA 98502-8176

Ford Motor Credit Company
Dept. 194101
P.O. Box 55000
Detroit, MI 48255-1941

Ford Motor Credit
Bishop, White, Miersma & Marshall
P.O. Box 2186
Seattle, WA 98111-2186

Fredrick Campos, MD
P.O. Box 97115
Tacoma, Wa 98497

Geoline Positioning Systems
1331 118th. Avenue SE, Ste 400
Bellevue, WA 98005

Household Bank
Law Offices of Mitchell N. Kay
7 Penn Plaza
New York, New York 10001-3995

Illinois National Insurance
Credit Collection Services
P.O. Box 55126
Boston, MA 02205-5126

J.C. Penny
Wolpoff & Abramnson, LLP
Two Irvington Centre
702 King Farm Blvd.
Rockville, MD 20850-5775

King County Financial Management
Accounts Receivable Unit
600 King County Admin Bldg
500 Fourth Avenue

Seattle, WA 98104

KPS Health Plans
P.O, Box 339
Bremerton, WA 98337


Levitz Furniture
Retail Services
PO Box 60107
City of Industry, CA 91716-0107

Holroyd Company
P.O. Box 39009
Tacoma, WA 98439

Household Retail Services
LDG Financial Services
4553 Winters Chapel Road
Atlanta, Georgia 30360


Lease and Industrial Collectors
2517 Eastlake Ave E Suite 102
Seattle, WA 98102-3212


LVNV Funding LLC
Alliance One
1160 Centre Pointe Drive STE 1
Mendota Heights, MN 55120

Mary Bridge Childrens Hospital
Pacific Northwest Collections, Inc.
PO Box 1153
Tacoma, WA 98401-1153

Medical Imaging Northwest
Pacific Northwest Collections, Inc.
PO Box 1153
Tacoma, WA 98401-1153


Nextel
AFNI, Inc.
P.O. Box 3517
Bloomington, IL 61702-3517

Northwest Electric & Service
Transworld Systems INC
6920 220th. Street SW #105
Mountlake Terrace, WA 98043

North Carolina Natural Gas
P.O. Box 909
Fayetteville, NC 28302

Ogden Enterprises, INC
DBA Abacus Accounting Services
400 Volesky Drive
Rainier, WA 98576

AETNA Adjustment Company
P.O. Box 14693
Spokane, WA 99214-0693

Pacific Sunwear 75
Claims Accounting
PO Box 30272
Tampa, FL 33630-3272

Pinnacle Lumber & Plywood
P.O. Box 1703
Tacoma, WA 98401

Pierce County Refuse
P.O. Box 44459
Tacoma, WA 98444-0459

Puget Sound Energy
ER Solutions, Inc.
PO Box 9004
Renton, WA 98057

Progressive-COMM Vehicle
6300 Wilson Mills RD
Mayfield Village, OH 44143-2182

Providence St Peter Hospital
United Collection Service

PO Box 3309
Seattle, WA 98114-3309

Providence St Peter Hospital
GRIMM Collections
1677 S. 2nd. Avenue SW
Tumwater, WA 98512

Puget Sound Energy
BOT-01H
P.O. Box 91269
Bellevue, WA 98008-9269

Quest Diagnostics
PO Box 81
Rainier, WA 98576-0081

Ralphs Concrete Pumping/Northwest Concrete Pumping
Newton & Associates
P.O. Box 8510
Metairlie, LA 70011-8510

Rural Garbage Services/Lemay
Puget Sound Collections
P.O. Box 66995
Tacoma, WA 98464-6995

Scott Wampole, DDS
Puget Sound Collections
P.O. Box 66995
Tacoma, WA 98464-6995

Safeway
Check Recovery Systems
PO Box 45405
Los Angeles, CA 90045-0274

Sears--Citi-Sears
Allied Interstate , Inc.
P.O. Box 361774
Columbus, OH 43236

Seattle University
Campus Partners
P.O. Box 970004
Boston, MA 02297-0004

Sherman Acquisitions II LTD
Alliance One Receivables
1160 Centre Pointe Drive STE 1
Mendota Heights, MN 55120

Sound and Spirit
GC Services Limited Partnership
6330 Gulton
Houston, TX 77081

Sprint PCS
Allied Interstate
P.O. Box 361475
Columbus, OH 43236-1475

ST Peter Family Practice
525 Lilly RD NE
Olympia, WA 98506

State of Washington
Department of Labor and Industries
P.O. Box 44400
Olympia, WA 98504

State of Washington
Employment Security Department
P.O. Box 34949
Seattle, WA 98124

Sunbelt Rentals
Accounts Receivable Management & Recovery
P.O. Box 1164
Metairie, LA 7004

Bounce U-rent
Telecheck Services, Inc.
PO Box 17120
Denver, CO 80217-0120

Thurston County
Noxious Weed Control Board
9605 Tilley Rd
Olympia, WA 98512

Thurston County Sheriff-Booking
Risk Management Alternatives
PO Box 105312
Atlanta, GA 30348

Union 76 NP
Malcom S. Gerald & Associates
332 South Michigan Ave, STE 600
Chicago, IL 60604

Union County
PO Box 580365
Charlotte, NC 28258-03656

US Department of Education
National Payment Center
P.O. Box 4169
Greenville, TX 75403-4169

Valley Empire Collection
11707 E Mongtomery
Spokane, WA 99206

Valley Construction Supply
Henry L. Skidmore P.S.
1611 116th. NE
Bellevue, WA 98004

Washington State Department of Revenue
P.O. Box 47476
Olympia, WA 98504

Wells Fargo Bank
P.O. Box 5058
MAC: P6053-021
Portland, OR 97208-5058

Yelm Family Medicine
Fairway Collections
1126 S. Gold Street, STE 101
Centralia, WA 98531

Uhlmann Motors Inc
Fairway Collections
1126 S. Gold Street, STE 101
Centralia, WA 98531

Yelm Hardware Inc
Armada
6101 Capital BLVD SE STE C
Olympia, WA 98507-1397



Capital Industrial Supply
Armada
6101 Capital BLVD SE STE C
Olympia, WA 98507-1397

Legal DC Thurston, WA
Fairway Collections
1126 S. Gold Street, STE 101
Centralia, WA 98531

Ycom Networks
Ideal Credit Corporation
PO Box 3383
Everett, WA 98213

Ycom Networks
Ideal Credit Corporation
PO Box 3383
Everett, WA 98213

Yelm National Auto Parts
P.O. Box 600
Yelm, WA 98597