**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON**
http://www.wawb.uscourts.gov

FILED
2005 DEC 16 AM 11:29
M.L. HATCHER, CLERK
U.S. BANKRUPTCY COURT
W.D. OF WA AT TACOMA
BY _____ DEP CLK

### CHANGE OF ADDRESS

**(See reverse for requirements of LBR 9011-1 relating to change of address or telephone number)**

CASE NAME James + Beth Maultsby CASE NO. 05-52903-PHB

FOR: _____ DEBTOR

            X JOINT DEBTOR

           _____ CREDITOR

           _____ ATTORNEY  **(Please include Bar ID Number _____)**

           _____ PLAINTIFF

           _____ DEFENDANT

NEW ADDRESS:

NAME: Bethany Leigh Maultsby

ADDRESS: 323 Lake St S #3

          Kirkland, WA. 98033

PHONE: 206 234 7577

EMAIL ADDRESS (attorney only): _____

SIGNATURE OF PARTY(S) REQUESTING CHANGE:

Date 10-16-05

CHANGE OF ADDRESS
(rev. 4/1/05)